# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAL LEE MOORE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SHAWN HATTON, Warden<br><br>　　　　Respondent. | CASE NO. 2:17-cv-02269-SVW (SK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Dismissing Petition as Untimely, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are hereby DISMISSED with prejudice.

DATED: June 14, 2017

　　　　　　　　　　　　　　　　　　HON. STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE